District Clerk,                                          2-22-17

I was recently advised of ( NOTICE OF CASE ASSIGNMRNT )
CAUSE NO: 9:17cv23   Hernandez V. Abbott.

I Joshua Bradley Young TDCJ# 1666468, am listed in this Class Action complaint that has been recently filed by a group of us here on the Polunsky Unit facility.

I would like this court to know that I JOSHUA B. YOUNG 1666468 is in agreement with the filing of this Class Action complaint with Mr. Jason J. Hernandez.

As being a party of this class action complaint, I'd like to know being Mr. Hernandez has already paid the filing fee, do I also need to pay another filing fee for my name being listed in this proceeding?

Thank You Sincerely,

*[signature: Joshua B. Young]*

Joshua Bradley Young 1666468
3872 FM 350 South
Livingston, Texas 77351
Polunsky Unit

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB 27 2017

BY
DEPUTY _____

Joshua Bradley Young #1666468
3872 FM 350 South
Livingston, Texas 77351
Polunsky Unit



United States District Court
Eastern District Of Texas
104 North Third Street
Lufkin, Texas   75901

posted
2-22-17