FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 17 2017

BY
DEPUTY _____

MARCH 13, 2017

DAVID A. O'TOOLE, CLERK
UNITED STATES DISTRICT OFF TEXAS FOR THE EASTERN DISTRICT OF TEXAS
104 NORTH THIRD STREET
LUFKIN, TEXAS 75901

RE: HERNANDEZ ET AL V. ABBOTT ET AL, CAUSE NO: 9:17CV23.

DEAR MR. O'TOOLE:

    AS THE DESIGNATED LEAD PLAINTIFF IN THE ABOVE-ENTITLED CAUSE, I AM NOTIFYING YOU AND THE COURT THAT PLAINTIFF BENITO ALONZO (TDCJ #256174) HAS BEEN SENT TO THE ESTELLE UNIT TO UNDERGO A SEVEN WEEK CHEMOTHERAPY TREATMENT. HE IS EXPECTED TO BE RETURNED BACK TO POLUNSKY UNIT UPON THE COMPLETION OF THIS SEVEN WEEK TREATMENT OF CHEMOTHERAPY. THE ADDRESS TO THE ESTELLE UNIT IS AS FOLLOWS:

    ESTELLE
    264 FM 3478
    HUNTSVILLE, TEXAS 77320-3322

    I WILL NOTIFY YOU IN WRITING AS SOON AS MR. ALONZO HAS RETURNED BACK TO POLUNSKY UNIT.

RESPECTFULLY,

*Jason J. Hernandez* (signature)

JASON J. HERNANDEZ
1655115
POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TEXAS 77351