IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JASON J. HERNANDEZ | § | |
| VS. | § | CIVIL ACTION NO. 9:17-CV-23 |
| GREGG ABBOTT, *et al.*, | § | |

ORDER

Pending before the Court is Plaintiff's Motion for Class Certification filed March 30, 2017 (docket entry no. 12). The motion should be denied as moot as plaintiff's First Motion for Class Certification was denied on May 17, 2017 (docket entry no. 17). It is, therefore,

**ORDERED** that Plaintiff's Motion for Class Certification filed March 30, 2017 (docket entry no. 12) is **DENIED** as **MOOT**.

**SIGNED this the 22nd day of May, 2017.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE