UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JASON J. HERNANDEZ | § | |
| V. | § | CIVIL ACTION NO. 9:17-CV-23 |
| GREGG ABBOTT, ET AL | § | |

**NOTICE OF APPEAL OF COLLATARAL ORDERS**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUN 07 2017
BY
DEPUTY

NOTICE IS HEREBY GIVEN THAT JASON J. HERNANDEZ, PLAINTIFF IN THE ABOVE-ENTITLED MATTER, APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT FROM THE JUDGMENTS ENTERED IN THE FOLLOWING "COLLATARAL ORDERS":

1) **ORDER**, DOCUMENT 17-1 (DOCKET ENTRY 17) FILED 05/17/17, "PLAINTIFF's FIRST MOTION FOR CLASS CERTIFICATION WAS DENIED ON MAY 17, 2017 (DOCKET ENTRY NO. 17)."

2) **ORDER**, DOCUMENT 18 FILED 05/22/17, "ORDERED THAT PLAINTIFF's MOTION FOR CLASS CERTIFICATION FILED MAR. 30, 2017 (DOCKET ENTRY NO. 12) IS DENIED AS MOOT."

3) **ORDER**, DOCUMENT 19 FILED 05/22/17 (DOCUMENT ENTRY NO. 14), "ORDERED THAT PLAINTIFF's MOTION FOR APPOINTMENT OF COUNSEL (DOCKET ENTRY 14) IS DENIED."

4) **ORDER**, DOCUMENT 20 FILED 05/22/17, "ORDERED THAT THE CLAIMS OF EACH PLAINTIFF SHALL PROCEED AS A SEPERATE ACTION. PLAINTIFF JASON J. HERNANDEZ SHALL BE THE ONLY PLAINTIFF IN THIS CAUSE NUMBER."

DATE: MAY 30, 2017

s/ _Jason J. Hernandez_
JASON J. HERNANDEZ, PRO SE
1655115
POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TEXAS 77351

## CERTIFICATE OF SERVICE

     PURSUANT TO 28 U.S.C. § 1746, I, JASON J. HERNANDEZ CERTIFY UNDER PENALTY OF PERJURY THAT A TRUE AND CORRECT COPY OF THE FOREGOING NOTICE OF APPEAL OF COLLATARAL ORDERS, WAS MAILED TO: DAVID A O'TOOLE, CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF TEXAS, 104 NORTH THIRD STREET, LUFKIN, TEXAS 75901, BY REGULAR U.S. POSTAL MAIL, POSTAGE PREPAID, ON MAY 30, 2017.

s/ _____
JASON J. HERNANDEZ, PRO SE
1655115
POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TEXAS 77351

MAY 30, 2017

DAVID A. O'TOOLE, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
104 NORTH THIRD STREET
LUFKIN, TEXAS 75901

RE: JASON J. HERNANDEZ V. GREGG ABBOTT, ET AL., CIVIL ACTION NO. 9:17-CV-23

DEAR MR. O'TOOLE:

    ENCLOSED PLEASE FIND THE FOLLOWING DOCUMENTS FOR THE ABOVE-ENTITLED CASE:

    1) NOTICE OF APPEAL OF COLLATARAL ORDERS; AND CERTIFICATE OF SERVICE;

    2) MOTION FOR CLARIFICATION; AND CERTIFICATE OF SERVICE; AND

    3) DECLARATION IN SUPPORT OF MOTION FOR CLARIFICATION.

    PLEASE FILE THESE DOCUMENTS WITH THE COURT. THANK YOU.

                RESPECTFULLY SUBMITTED,

                JASON J. HERNANDEZ
                1655115
                POLUNSKY UNIT
                3872 FM 350 SOUTH
                LIVINGSTON, TEXAS 77351

                PLAINTIFF, PRO SE

```
JASON J. HERNANDEZ
1655115
POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TEXAS 77351
```

NORTH HOUSTON TX
02 JUN 2017 PM 6 L

```
DAVID A. O'TOOLE, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
CIVIL ACTION NO. 9:17-CV-23
104 NORTH THIRD STREET
LUFKIN, TEXAS 75901
```

75901-980135