UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT COURT OF TEXAS
LUFKIN DIVISION

JASON J. HERNANDEZ　　　　　　　　§

V.　　　　　　　　　　　　　　　　§　CIVIL ACTION NO. 9:17-CV-23

GREGG ABBOTT, ET AL.,

## MOTION FOR CLARIFICATION

PLAINTIFF JASON J. HERNANDEZ BRINGS THIS MOTION FOR CLARIFICATION TO CLARIFY THE FOLLOWING:

1) THE **ORDER**, DOCUMENT 20, FILED 05/22/17, CASE 9:17-cv-00023-RC-KFG, INCORRECTLY STATES, "...ALL INMATES AT THE ESTELLE UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE...FILED THE ABOVE STYLED ACTION AGAINST DEFENDANTS..." SEE **ORDER**, DOCUMENT 20 AT ¶ 1.

2) ALL CORRESPONDENCE THAT THE COURT MAILS TO THE PLAINTIFF JASON J. HERNANDEZ, IS INCORRECTLY BEING MAILED TO THE ESTELLE UNIT.

3) THE **ORDER**, DOCUMENT 17-1, FILED 05/22/17, CASE 9:17-cv-00023-RC-KFG, STATES, "...DEFENDANTS FILED OBJECTIONS TO THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE...THE COURT FINDS DEFENDANTS' OBJECTIONS LACKING IN MERIT...." SEE **ORDER**, DOCUMENT 17-1 AT ¶¶ 3-4. PLAINTIFF DID NOT RECEIVE A COPY OF THE DEFENDANTS' OBJECTIONS LACKING IN MERIT.

## RELIEF REQUESTED

PLAINTIFF REQUESTS THAT THE COURT CORRECT AND CLARIFY THE ISSUES IN 1-3 OF THIS MOTION: (a) CORRECT THE MISINFORMATION, ALL PLAINTIFFS ARE NOT HOUSED AT THE ESTELLE UNIT, WE ARE AT THE POLUNSKY UNIT; (b) PLAINTIFF JASON J. HERNANDEZ IS NOT HOUSED AT THE ESTELLE UNIT. HIS MAIL BY THE COURT SHOULD BE MAILED TO HIM AT THE POLUNSKY UNIT, 3872 FM 350 SOUTH, LIVINGSTON,

1

TEXAS 77351, NOT TO THE ESTELLE UNIT; AND (b) IF THE DEFENDANTS FILED OBJECTIONS TO THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE, PLAINTIFF JASON J. HERNANDEZ DID NOT RECEIVE A COPY OF THESE OBJECTIONS AND WOULD LIKE TO READ THEM AND THE COURT FINDINGS WHY THE DEFENDANTS' OBJECTIONS WERE LACKING IN MERIT.

DATE: MAY 30, 2017

s/ _____
JASON J. HERNANDEZ, PRO SE
1655115
POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TEXAS 77351

## CERTIFICATE OF SERVICE

PURSUANT TO 28 U.S.C. § 1746, I, JASON J. HERNANDEZ CERTIFY UNDER PENALTY OF PERJURY THAT A TRUE AND COPY OF THE FOREGOING MOTION FOR CLARIFICATION, AND DECLARATION IN SUPPORT THEREOF, WAS MAILED TO: DAVID A. O'TOOLE, CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF TEXAS, 104 NORTH THIRD STREET, LUFKIN, TEXAS 75901, BY REGULAR U.S. POSTAL MAIL, POSTAGE PREPAID, ON MAY 30, 2017.

s/ _____
JASON J. HERNANDEZ, PRO SE
1655115
POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TEXAS 77351