JUNE 18, 2017

DAVID A. O'TOOLE, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
104 NORTH THIRD STREET
LUFKIN, TEXAS 75901



RE: HERNANDEZ ET AL, V. ABBOTT ET AL, 9:17cv23

DEAR MR. O'TOOLE:

    PLEASE SEND ME THE NEW CASE NUMBERS FOR PLAINTIFFS:

1) BENITO ALONZO, TDCJ #256174;
2) PEDRO HERNANDEZ, TDCJ #1520793;
3) JOSHUA B. YOUNG, TDCJ #1666468;
4) ADAM S. MORALES, TDCJ #1743762;
5) DAVID BLUNT, TDCJ # 1809498.

    THE COURT RECENTLY ORDERED THAT THE PLAINTIFFS BE SEVERED FROM THE ABOVE-ENTITLED CASE NUMBER. AS THE LEAD PLAINTIFF, I AM REQUESTING THE "NEW" ASSIGNED CASE NUMBERS GIVEN TO EACH OF THE PLAINTIFFS LISTED ABOVE. THANK YOU SIR.

                               RESPECTFULLY,

                               JASON J. HERNANDEZ, PRO SE
                               1655115
                               POLUNSKY UNIT
                               3872 FM 350 SOUTH
                               LIVINGSTON, TEXAS 77351



NORTH HOUSTON TX 773
19 JUN 2017 PM 5 L

CLERK, U.S. DISTRICT COURT
RECEIVED
JUN 21 2017
EASTERN DIST OF TEXAS
LUFKIN, TEXAS

DAVID A. O'TOOLE, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
9:17cv23
104 NORTH THIRD STREET
LUFKIN, TEXAS 75901

75901-983135

JASON J. HERNANDEZ
1655115
POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TX 77351