IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

JASON J. HERNANDEZ, §
    Plaintiff §
§
v. § CIVIL ACTION NO. 9:17cv23
§
GREG ABBOTT, ET AL., §
    Defendants. §

### DECLARATION IN SUPPORT OF PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO SERVE SUMMONS TO DEFENDANTS

PLAINTIFF JASON HERNANDEZ states:

1. I am the plaintiff in the above-entitled case. I make this declaration in support of my motion to extend time to serve summons.

2. I am housed in solitary confinement and do not have access to a copy machine or computer.

3. I have not been sent the summons forms by the clerk, and I am now requesting them from Mr. David O'Toole, Clerk of Court.

4. Defendants Robert Grant, and Tod Harris, have both retired. I now must file a motion to amend the complaint, and correct its deficiencies.

5. I do not seek this extension of time for delay. I respectfully request an extension up to June 24, 2019, to amend my complaint, and to serve it upon the ddfeni ants.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: April 24, 2019

/s/ Jason J. Hernandez
Jason J. Hernandez
1655115
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

**PLAINTIFF, PRO SE**