May 12, 2019

Honorable Keith F. Giblin
United States Magistrate Judge
U.S. District Court
Eastern District of Texas
104 North Third Street
Lufkin, TX 75901

RE: Jason J. Hernandez v. Greg Abbott, et al., Civil Action No. 9:17cv23.

DEAR HONORABLE KEITH F. GIBLIN:

I am the plaintiff in the above-entitled case. I wish to proceed with this action, and have submitted a motion to extend the time to file an amended complaint in order to comply with your ORDER (document 29).

Respectfully submitted,

/s/ Jason J. Hernandez
Jason J. Hernandez
1655115
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

## CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that a true and correct copy of the foregoing was mailed to: David O'Toole, Clerk, U.S. District Court, Eastern District Of Texas, 104 North Third Street, 12548, Austin, TX 78711-2548, by United States Postal mail, first-class postage prepaid, on May 12, 2019.

/s/ Jason J. Hernandez
Jason J. Hernandez
1655115
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 17 2019

BY
DEPUTY _____