ATTACHMENT A
(PLAINTIFF'S DECLARATION)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JASON J. HERNANDEZ | § | |
| VS. | § | CIVIL ACTION NO. 9:17cv23 |
| GREG ABBOTT, ET AL., | § | |

**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION SUBMITTING HIS FIRST AMENDED COMPLAINT**

PLAINTIFF JASON J. HERNANDEZ states:

1. I am the plaintiff in the above-entitled case. I make this declaration in support of my motion submitting my first amended complaint.

2. A true and correct copy of my amended complaint is attached to my declaration as ATTACHMENT B. I cured the deficiencies in my original complaint.

3. I respectfully request that the Honorable Court please accept my amended complaint, ATTACHMENT B.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: June 19, 2019

/s/ Jason J. Hernandez
Jason J. Hernandez
1655115
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351