July 17, 2019

David O'Toole:
U.S. District Court For The Eastern District Of Texas
104 North Third Street
Lufkin, Texas 75901

RE: Jason J. Hernandez v. Greg Abbott, et al., Civil Action No. 9:17cv23.

DEAR MR. O'TOOLE:

Today, I received document no. 40. It states:

> Pursuant to the written consent of the Texas Attorney General's Office, copies of the complaint, attachments, and orders will be served electonically upon the Texas Attorney General, counsel for the defendants...

See Document No. 40 ¶ 2.

I would like to know if the counsel for defendants, supra, has waived service of summons for the defendants, or, must I still serve summons to the defendants under Rule 4, Fed. R. Civ. P.? If counsel for defendants has not waived summons for the defendants, please provide me with summons forms for each defendant, containing your signature, and the Court's seal--so that I may comply with the Rule 4 and properly serve summons to the defendants. Thank you.

Respectfully submitted,

/s/ Jason J. Hernandez
Jason J. Hernandez
1655115
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUL 22 2019
BY
DEPUTY

## CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that a true and correct copy of the above and foregoing was mailed to: David O'Toole, Clerk, U.S. District Court, Eastern District Of Texas, 104 North Third Street, Lufkin, TX 75901, and to: Ken Paxton, Attorney General of Texas, P.O. Box 12548, Austin, TX 78711-2548, by United States Postal mail, first-class postage prepaid, on July 17, 2019.

/s/ Jason J. Hernandez
Jason J. Hernandez
1655115
Polunsky Unit
3872 FM 350 South
Lvingston, TX 77351

Jason J. Hernandez
1655115
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351



David O'Toole, Clerk
USDC No. 9:17cv23
U.S. District Court
Eastern District Of Texas
104 North Third Street
Lufkin, TX 75901